**Rosetta WEINTRAUB, Personal Representative of the Estate of Geraldine Drucker, deceased, Appellant,**

v.

**Barry DRUCKER and Sandra Drucker, Respondents.**

No. 71737.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 20, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 24, 1998.

Application for Transfer Denied
May 26, 1998.

Irl B. Baris, Jon M. Baris, Baris Law Firm, St. Louis, for appellant.

Jack B. Spooner, Wittner, Poger, Rosenblum, Kessler, Spewak & Maylack, P.C., St. Louis, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a judgment for defendants in an action for an accounting. There is sufficient evidence to support the judgment. No error of law appears.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).